United States District Court
Southern District of Texas
FILED
MAR 29 2002
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL RODRIGUEZ<br>*Plaintiff* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-02- 061 |
| UNUM LIFE INSURANCE COMPANY<br>OF AMERICA<br>*Defendant.* | §<br>§<br>§<br>§ | JURY |

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW the Plaintiff, RAUL RODRIGUEZ, complaining of UNUM LIFE INSURANCE COMPANY OF AMERICA, hereinafter referred to as "UNUM", and for a cause of action would show the Court the following:

1. This is a suit authorized and instituted pursuant to Title 29 §1132(a)(1)(B) of the Employee Retirement Income Security Act (ERISA).

2. Jurisdiction of the Court is invoked pursuant to 29 USC §1132(e). All conditions precedent to jurisdiction have occurred or been complied with.

3. Plaintiff resides in Cameron County, Texas.

4. Plaintiff was employed by Enterprise Rent-A-Car Company in Brownsville, Texas on or about August 28, 1999.

5. Defendant UNUM is a Maine Corporation licensed to do business in Texas.

6. UNUM issued a Group LTD Long Term Disability Policy (hereinafter referred to as the "policy") with Group Policy Number 373147 to the employees of Enterprise Rent-A-Car. Said policy was in effect for employees of Enterprise Rent-A-Car Company on or about November 30,

1999.

7.      The policy is one that falls under the Employee Retirement Income Security Act.

8.      On or about August 28, 1999, Plaintiff suffered a disability.

9.      Plaintiff made a claim with UNUM for long term disability benefits in accordance with the policy.

10.     Plaintiff was enrolled in the policy when he made his claim for long term disability benefits.

11.     On June 13, 2000, UNUM denied Plaintiff's claim for long term disability benefits.

12.     Thereafter, Plaintiff exhausted all appellate procedures in accordance with UNUM's policies.

13.     Plaintiff brings this complaint to recover benefits due to him under the terms of his policy.

14.     Plaintiff claims that the benefits denied by UNUM were wrongfully denied and that said benefits should have been paid and should continue to be paid.

15.     Plaintiff is disabled as that term is defined in UNUM's policy.

16.     Plaintiff seeks past benefits due him and seeks a judgment ordering future benefits he is entitled to under the policy.

17.     Plaintiff is entitled to reasonable attorney's fees in accordance with 29 USC §1132(e)(2).

WHEREFORE, Plaintiff prays that this Court advance this case on the docket, order a trial by jury and upon such trial, Plaintiff demands:

1.      A trial by jury;

2.      Plaintiff be compensated for past lost benefits under the policy;

3.      Defendant be ordered to pay future benefits as afforded under the policy;

4.      That Plaintiff be awarded costs and disbursements of this action, including reasonable attorney fees;

5.  That Plaintiff be awarded prejudgment interest as provided by law;

6.  That Plaintiff be awarded postjudgment interest as provided by law; and

7.  That Plaintiff have such other and further relief as he may be justly entitled.

          Respectfully submitted,

          THE LAW FIRM OF ZAYAS & ZAMORA, P.C.
          3100 E. 14th Street
          Brownsville, Texas 78521
          (956) 546-5060 Telephone
          (956) 541-4157 Telecopier

          _____
          RICHARD E. ZAYAS
          State Bar No. 00788744
          Federal Admission's No. 16825