# OFFICERS RETURN OF SERVICE

**COUNTY: NORTHERN**     CASE # B02061     COURT
                                            Clt. Ref.#                    Clt.#  7172
RAUL RODRIGUEZ

CAB-02-61

VS

UNUM LIFE INSURANCE OF AMERICA

The documents came to our hand for service on 05/13/02  Time: 10:33:12

Documents received for service:

**FEDERAL SUMMONS IN A CIVIL CASE; PLAINTIFF'S ORIGINAL COMPLAINT; AND CIVIL COVER SHEET**

```
                                        ...tes District Court
                                        ...i District of Texas
                                              FILED

                                           MAY 17 2002

                                          Michael N. Milby
                                           Clerk of Court
```

The documents were delivered on 05/13/02  Time: 14:45:00

Executed at: 350 N. St. Paul St., Ste. 2900
             Dallas, TX 75201

to the following: **Unum Life Insurance Company Of America
                   By Delivering To Its Registered Agent, Ct Corporation System
                   Accepted By Kasey Mcgee**

✓ _____ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
      who is sixteen (16) years of age or older, at the above listed address which is the
      usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____          James Prince
                                 Professional Civil Process Dallas, Inc.
Witness Fee Tendered: _____ 1301 Main Street Suite 202
                                 Dallas, Texas 75202
STATE OF TEXAS}

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this ___ day of _____ 2002.

                                 _____
PCP Inv.# D0502 280              NOTARY PUBLIC SIGNATURE



DEE ROBERTS
Notary Public, State of Texas
My Commission Expires 09-27-03

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| RAUL RODRIGUEZ | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: B-02-061 |
| UNUM LIFE INSURANCE OF AMERICA | |

TO: (Name and address of defendant)

UNUM LIFE INSURANCE COMPANY OF AMERICA
C/O CT CORPORATION SYSTEM
350 NORTA ST. PAUL STREET
DALLAS, TEXAS 75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD E. ZAYAS
3100 E. 14TH STREET
BROWNSVILLE, TEXAS 78521

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                                 5/9/02
CLERK                                                            DATE

_(signature)_
(BY) DEPUTY CLERK

COPY