IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAUL RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-061 |
| | § | |
| UNUM LIFE INSURANCE | § | JURY |
| OF AMERICA | § | |

## REQUEST TO ENTER DEFAULT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff RAUL RODRIGUEZ hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant UNUM LIFE INSURANCE OF AMERICA on the grounds that said Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on the Defendant UNUM LIFE INSURANCE OF AMERICA on May 13, 2002 by personally delivery. The process was returned to the Clerk on May 17, 2002. See attached Exhibit A.

The above stated facts are set forth in the accompanying declaration of Richard E. Zayas, filed herewith.

Respectfully submitted,

THE LAW FIRM OF RICHARD E. ZAYAS
3100 E. 14th St.
Brownsville, Texas 78521
(956) 546-5060 Telephone
(956) 541-4157 Telecopier

By: _____
RICHARD E. ZAYAS
State Bar No. 00788744
Federal Bar No. 16852
Attorney for Plaintiff
RAUL RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-061 |
| | § | |
| UNUM LIFE INSURANCE | § | JURY |
| OF AMERICA | § | |

## ENTRY OF DEFAULT BY THE COURT

It appearing from the records in the above-entitled action that summons has been served upon the Defendant named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.C.P. 55(a) and Local Rule 72 that the below Defendant has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of the following defendant is hereby entered:

UNUM LIFE INSURANCE OF AMERICA
2211 Congress Street
Portland, Maine 04122

Singed this _____ day of August, 2002.

_____
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-061 |
| | § | |
| UNUM LIFE INSURANCE | § | JURY |
| OF AMERICA | § | |

## DECLARATION OF RICHARD E. ZAYAS
## IN SUPPORT OF ENTRY OF DEFAULT

I, RICHARD E. ZAYAS, declare as follows:

1. I am a duly licensed attorney. I am the attorney for Plaintiff RAUL RODRIGUEZ.

2. Defendant UNUM LIFE INSURANCE OF AMERICA has been properly served by serving its registered agent for process but has not appeared in this action and has not responded to the complaint within the time permitted by law.

3. Defendant is not an infant, incompetent person, or a person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

4. A Motion for Default Judgment is being made concurrently herewith.

5. This action involves a claim to recover benefits due Plaintiff RAUL RODRIGUEZ due him under the terms of an ERISA policy with Defendant which Plaintiff was enrolled.

6. There is now due and owing benefits to Plaintiff in the sum of $805,316.97 for the following reasons:

    a. Plaintiff was wrongfully denied benefits on June 13, 2000.

    b. Plaintiff's lost income benefits in the past totaling $46,816.00.

    c. Plaintiff's lost income future benefits with increases as per the policy and after

discounting to present value totaling $758,500.87. See Exhibit "A" calculations.

7. The said sum has not been paid.

8. Plaintiff is entitled to reasonable attorney's fees. The amount of reasonable fees is in the sum of $5,000.00.

I declare under penalty of perjury under the laws of the United States and the State of Texas the foregoing is true and correct.

Executed on August 13th, 2002.

_____
RICHARD E. ZAYAS

SIGNED AND SWORN to before me on this 13th day of August, 2002 to certify which witness my hand and official seal.

Nelly E. Obregón
Notary Public, State of Texas
My Commission Expires
JULY 17, 2004

_____
Notary Public in and for the State of Texas
My Commission Expires: July 17, 2004

DECLARATION OF RICHARD E. ZAYAS                                              PAGE 2 OF 2

## RAUL RODRIGUEZ BENEFITS CALCULATIONS

| YEAR | MONTHLY BENEFIT | PAST INCOME BENEFITS LOST | FUTURE INCOME BENEFITS CALCULATIONS | DISCOUNTED FUTURE BENEFITS CALCULATIONS |
|---|---|---|---|---|
| 2000 | | $11,486.00 | | |
| 2001 | | $20,988.00 | | |
| 2002 | | $14,342.00 | | |
| | | | $7,171.00 | $7,171.00 |
| 2003 | $1,837.83 | | $22,053.90 | $21,835.54 |
| 2004 | $1,883.77 | | $22,605.25 | $22,159.84 |
| 2005 | $1,930.86 | | $23,170.38 | $22,488.94 |
| 2006 | $1,979.14 | | $23,749.64 | $22,822.94 |
| 2007 | $2,028.61 | | $24,343.38 | $23,161.89 |
| 2008 | $2,079.33 | | $24,951.96 | $23,505.88 |
| 2009 | $2,131.31 | | $25,575.76 | $23,854.97 |
| 2010 | $2,184.60 | | $26,215.16 | $24,209.26 |
| 2011 | $2,239.21 | | $26,870.54 | $24,568.80 |
| 2012 | $2,295.19 | | $27,542.30 | $24,933.68 |
| 2013 | $2,352.57 | | $28,230.86 | $25,303.99 |
| 2014 | $2,411.39 | | $28,936.63 | $25,679.79 |
| 2015 | $2,471.67 | | $29,660.04 | $26,061.17 |
| 2016 | $2,533.46 | | $30,401.54 | $26,448.21 |
| 2017 | $2,596.80 | | $31,161.58 | $26,841.01 |
| 2018 | $2,661.72 | | $31,940.62 | $27,239.64 |
| 2019 | $2,728.26 | | $32,739.14 | $27,644.19 |
| 2020 | $2,796.47 | | $33,557.62 | $28,054.75 |
| 2021 | $2,866.38 | | $34,396.56 | $28,471.41 |
| 2022 | $2,938.04 | | $35,256.47 | $28,894.25 |
| 2023 | $3,011.49 | | $36,137.88 | $29,323.37 |
| 2024 | $3,086.78 | | $37,041.33 | $29,758.86 |
| 2025 | $3,163.95 | | $37,967.36 | $30,200.82 |
| 2026 | $3,243.05 | | $38,916.55 | $30,649.36 |
| 2027 | $3,324.12 | | $39,889.46 | $31,104.54 |
| 2028 | $3,407.22 | | $40,886.70 | $31,566.49 |
| 2029 | $3,492.41 | | $41,908.87 | $32,035.30 |
| 2030 | $3,579.72 | | $42,956.59 | $32,511.08 |
| TOTAL PAST INCOME BENEFITS LOST | | $46,816.00 | TOTAL FUTURE INCOME BENEFITS LOST | $758,500.97 |

# EXHIBIT A