6

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-061 |
| | § | |
| UNUM LIFE INSURANCE | § | JURY |
| OF AMERICA | § | |

## ENTRY OF DEFAULT BY THE COURT

It appearing from the records in the above-entitled action that summons has been served upon the Defendant named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.C.P. 55(a) and Local Rule 72 that the below Defendant has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of the following defendant is hereby entered:

UNUM LIFE INSURANCE OF AMERICA
2211 Congress Street
Portland, Maine 04122

Singed this _14th_ day of August, 2002.

_____
U.S. DISTRICT JUDGE
MAGISTRATE