United States District Court
Southern District of Texas
FILED

AUG 1 4 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-02-061                DATE & TIME:  08-14-02 AT 2:00 PM.

RAUL RODRIGUEZ                           PLAINTIFF(S)  RICHARD ZAYAS
                                         COUNSEL

VS.

UNUM LIFE INSURANCE COMPANY              DEFENDANT(S) _____
OF AMERICA                               COUNSEL

------------------------------------------------------------------------

Attorney Richard Zayas appeared in chambers. Counsel for Defendant did not appear.

Entry of Default by the Court was signed.