

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAUL RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-061 |
| | § | |
| UNUM LIFE INSURANCE | § | JURY |
| OF AMERICA | § | |

## APPLICATION FOR DEFAULT JUDGMENT BY THE COURT

**PLEASE TAKE NOTICE THAT** on _____, at _____ o'clock ___.M., or as soon thereafter as the matter may be heard by the above-entitled Court, located at Brownsville, Cameron County, Texas. Plaintiff will present its application for a default judgment against Defendant. The clerk has previously entered the default of said defendant on _8-14-02_.

At the time and place of hearing, Plaintiff will present proof of the following matters:

1. Defendant UNUM LIFE INSURANCE OF AMERICA is not an infant, incompetent person, or a person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2. Said Defendant has not appeared in this action.

3. Notice of this application for default judgment by the court was served on said Defendant by certified mail, return receipt requested, as required by Local Rules.

4. Plaintiff is entitled to judgment against Defendant on account of the claims plead in the complaint, to wit:

   a. Plaintiff's lost income benefits in the past totaling $46,816.00.

   b. Plaintiff's lost income future benefits with increases as per the policy and after discounting to present value totaling $758,500.87.

The amount of judgment sought is the sum of $810,316.87 as set forth in the attached declaration of Richard E. Zayas.

This Application is based on this Notice, the attached declaration of Richard E. Zayas, the pleadings on file and other matters that may be presented at the hearing.

DATED:     August 14, 2002.

Respectfully submitted,

THE LAW FIRM OF RICHARD E. ZAYAS
3100 E. 14th St.
Brownsville, Texas 78521
(956) 546-5060 Telephone
(956) 541-4157 Telecopier

By: _____
RICHARD E. ZAYAS
State Bar No. 00788744
Federal Bar No. 16852
Attorney for Plaintiff
RAUL RODRIGUEZ

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the foregoing instrument by U.S. Mail, certified mail, return receipt requested, to the following on the 14th day of August, 2002:

UNUM LIFE INSURANCE OF AMERICA
2211 Congress Street
Portland, Maine 04122

and

UNUM LIFE INSURANCE OF AMERICA
c/o CT CORPORATION SYSTEM
350 North St. Paul Street
Dallas, Texas 75201

_____
RICHARD E. ZAYAS