IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAUL RODRIGUEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. NO. B-02-061 |
| § | |
| UNUM LIFE INSURANCE § | |
| COMPANY OF AMERICA, § | |
| § | |
| Defendant. § | |

### DEFENDANT'S ORIGINAL ANSWER AND COUNTERCLAIM

Defendant Unum Life Insurance Company of America ("Unum Life") submits this original answer and counterclaim to the original complaint of Plaintiff Raul Rodriguez ("Plaintiff") and states:

### ANSWER

1. With respect to the allegations in paragraph 1, states that the Original Complaint speaks for itself.

2. Admits, for purposes of this action only, the allegations in paragraph 2.

3. Admits the allegations in paragraph 3 on information and belief.

4. Admits the allegations in paragraph 4.

5. Admits the allegations in paragraph 5.

6. With respect to the allegations in paragraph 6, admits that Unum Life issued

**DEFENDANT'S ORIGINAL ANSWER AND COUNTERCLAIM - Page 1**

its group long-term disability policy number 373147 to Enterprise Rent-A-Car Company ("Enterprise"); admits the Policy was in force on November 30, 1999; but otherwise denies the allegations.

7.  With respect to the allegations in paragraph 7, admits that the Policy constitutes at least part of an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974 ("ERISA"); but otherwise denies the allegations.

8.  Denies the allegations in paragraph 8.

9.  With respect to the allegations in paragraph 9, admits that Plaintiff submitted a claim for benefits under the Policy to Unum Life; but otherwise denies the allegations.

10. With respect to the allegations in paragraph 10, admits that Plaintiff was enrolled for coverage under the Policy; but otherwise denies the allegations.

11. Admits the allegations in paragraph 11.

12. Admits the allegations in paragraph 12.

13. States that Plaintiff's Original Complaint speaks for itself; but otherwise denies the allegations.

14. Denies the allegations in paragraph 14.

15. Denies the allegations in paragraph 15.

16. Denies Plaintiff is entitled to the relief requested in paragraph 16.

17. Denies the allegations in paragraph 17.

18. Denies Plaintiff is entitled to any relief requested in his Prayer.

**DEFENDANT'S ORIGINAL ANSWER AND COUNTERCLAIM - Page 2**

19. Denies all allegations not specifically admitted.

20. States that Unum Life did not abuse its discretion in determining the Plaintiff was not disabled as defined in the Policy.

## COUNTERCLAIM

21. Unum Life is entitled to recover its reasonable and necessary attorney's fees and costs and court pursuant to 29 U.S.C. § 1132(g).

## RELIEF REQUESTED

22. Unum Life respectfully requests the following relief:

   (a) that Plaintiff take nothing on his claims;

   (b) that Unum Life be dismissed with its attorney's fees and costs of court; and

   (c) that Unum Life have all such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

Respectfully submitted,

By: _____
Doug K. Butler
State Bar No. 03516050
Dennis M. Lynch
State Bar No. 90001506
Chris A. Barrow
State Bar No. 24031843

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (Facsimile)

ATTORNEYS FOR UNUM LIFE
INSURANCE COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by telecopy and by certified mail, return receipt requested to Mr. Richard E. Zayas, The Law Firm of Zayas & Zamora, P.C., 3100 E. 14th Street, Brownsville, Texas 78521, on this 14th day of August, 2002.

_____
Doug K. Butler

**DEFENDANT'S ORIGINAL ANSWER AND COUNTERCLAIM - Page 4**