10

United States District Court
Southern District of Texas
ENTERED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

AUG 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk ⟋⟋⟋

## ORDER

| | | |
|---|---|---|
| RAUL RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-061 |
| | § | |
| UNUM LIFE INSURANCE OF AMERICA | § | |

TYPE OF CASE:          X    CIVIL                          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY THE COURT (DOCKET NO. 8)**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                      ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                         DATE AND TIME:

**SEPTEMBER 12, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     AUGUST 29, 2002

TO:     MR. RICHARD E. ZAYAS
        MR. DOUG K. BUTLER