IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAUL RODRIGUEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-061 |
| | § | |
| UNUM LIFE INSURANCE | § | JURY |
| OF AMERICA | § | |

### PLAINTIFF'S OBJECTION TO DEFENDANT'S ORIGINAL ANSWER AND COUNTERCLAIM OR IN THE ALTERNATIVE PLAINTIFF'S ORIGINAL ANSWER TO DEFENDANT'S COUNTERCLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff RAUL RODRIGUEZ and files this his Objection to Defendant's Original Answer and Counterclaim or in the alternative Plaintiff's Original Answer to Defendant's Counterclaim and in support thereof would show unto the Court the following:

1. Plaintiff served the original complaint on the Defendant UNUM LIFE INSURANCE OF AMERICA on May 13, 2002.

2. On August 14, 2002, this Honorable Court entered an Entry of Default against the Defendant, UNUM LIFE INSURANCE OF AMERICA.

3. On August 15, 2002, Defendant filed its Original Answer and Counterclaim.

4. Since Defendant's Original Answer and Counterclaim were filed after the Entry of Default By the Court, Plaintiff objects to the filing of Defendant's Original Answer and Counterclaim based on untimeliness.

5. In the alternative, if the Court is of the opinion that Defendant's Original Answer and Counterclaim were timely filed, Plaintiff files this his Original Answer to Defendant's Counterclaim subject to and without waiving his objection and states:

## ANSWER

6. Denies the allegations in paragraph 21 of Defendant's Original Answer and Counterclaim.

7. Denies Defendant is entitled to any relief requested in paragraph 22. (a) of Defendant's Original Answer and Counterclaim.

8. Denies Defendant is entitled to any relief requested in paragraph 22. (b) of Defendant's Original Answer and Counterclaim.

9. Denies Defendant is entitled to any relief requested in paragraph 22. (c) of Defendant's Original Answer and Counterclaim.

WHEREFORE, Plaintiff prays that this Court deny and strike Defendant's Original Answer and Counterclaim on the basis that said pleadings were filed untimely; or in the alternative, Plaintiff prays that Defendant take nothing on its Counterlaim and that Plaintiff may have such other and further relief as he may be justly entitled.

DATED:   September 4, 2002.

Respectfully submitted,

THE LAW FIRM OF RICHARD E. ZAYAS
3100 E. 14th St.
Brownsville, Texas 78521
(956) 546-5060 Telephone
(956) 541-4157 Telecopier

By: _____
RICHARD E. ZAYAS
State Bar No. 00788744
Federal Bar No. 16852
Attorney for Plaintiff
RAUL RODRIGUEZ

## CERTIFICATE OF SERVICE

    I certify that I mailed a copy of the foregoing instrument by U.S. Mail and via facsimile to Defendant's attorney of record on the 4th day of September, 2002 to:

Doug K. Butler
Dennis M. Lynch
Figari Davenport & Graves, L.L.P.
901 Main Street, LB 125
Dallas, Texas 75202-3796

*and via facsimile #(214)939-2090*

_____
RICHARD E. ZAYAS