# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAUL RODRIGUEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-061 |
| UNUM LIFE INSURANCE OF AMERICA | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT BY THE COURT AND RESPONSE TO PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT
(DOCKET NO. 12)

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

OCTOBER 16, 2002 AT 2:00 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 12, 2002

TO:   MR. RICHARD E. ZAYAS
      MR. DOUG K. BUTLER