United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

SEP 1 2 2002

Michael N. Milby
Clerk of Court

HEARING ON PLAINTIFF'S
APPLICATION FOR DEFAULT JUDGMENT BY THE COURT

CIVIL ACTION NO. B-02-061_____          DATE & TIME: ____09-12-02 AT 1:30 PM.____

RAUL RODRIGUEZ_____          PLAINTIFF(S) ____RICHARD ZAYAS_____
                                       COUNSEL

VS.

UNUM LIFE INSURANCE COMPANY          DEFENDANT(S) ___DOUG K. BUTLER_____
OF AMERICA_____          COUNSEL

--------------------------------------------------------------------------------------------------------------

    Hearing was cancelled.  Parties notified that they did not need to appear.