IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAUL RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. B-02-061 |
| | § | |
| UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Raul Rodriguez and Defendant Unum Life Insurance Company of America, by and through their counsel, announce to the Court that the matters in controversy herein have been settled and that the consideration therefor has been paid in full and received. In accordance with their Settlement Agreement and Release, the parties stipulate as follows:

1. That all claims, demands, debts, or causes of action asserted or assertable herein by either party be DISMISSED WITH PREJUDICE; and

2. That all costs and attorneys' fees be taxed against the party incurring them.

**STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 1**

**STIPULATED TO AND APPROVED BY:**

By: _____
     Richard E. Zayas
     State Bar No. 00788744

THE LAW FIRM OF RICHARD E. ZAYAS
3100 E. 14th St.
Brownsville, Texas 78521
(956)546-5060
(956)541-4157 (Telecopy)

ATTORNEY FOR PLAINTIFF
RAUL RODRIGUEZ

**STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 2**

By: _____
    Doug K. Butler
    State Bar No. 03516050

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (Telecopy)

ATTORNEYS FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY
OF AMERICA