United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. B-02-061 |
| | § | |
| UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have announced to the Court that the matters in controversy herein have been settled and that the consideration therefor has been paid in full and received. In accordance with the stipulation for dismissal with prejudice signed by counsel for the parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by either party are DISMISSED WITH PREJUDICE; and it is further

ORDERED that all costs and attorneys' fees are taxed against the party incurring them.

SIGNED this 13th day of November, 2002.

_____
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE - Page 1